# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| OLD TOWN PIZZA OF LOMBARD, INC., an Illinois corporation, and MEDICAL & CHIROPRACTIC CLINIC, INC., a Florida corporation, individually and as the representatives of a class of similarly-situated persons, <br><br> Plaintiffs, <br> v. <br><br> MP BUSINESS DOCTORS LLC a/k/a MP FACE MASK LLC, a Delaware limited liability company, <br><br> Defendant. | Civil Action No. 1:20-cv-07386 <br><br> **CLASS ACTION** |

## NOTICE OF DISMISSAL

Pursuant to Fed. R. Civ. Proc. 41(a)(1)(A)(i), Plaintiffs, OLD TOWN PIZZA OF LOMBARD, INC. and MEDICAL & CHIROPRACTIC CLINIC, INC., through their undersigned attorneys, hereby dismiss this action without prejudice.

Respectfully submitted,

s/ Ryan M. Kelly
Ryan M. Kelly
Anderson + Wanca
3701 Algonquin Rd., Suite 500
Rolling Meadows, IL 60008
Telephone: 847-368-1500
Fax: 847-368-1501
Email: rkelly@andersonwanca.com

*Counsel for Plaintiff*

## **CERTIFICATE OF SERVICE**

    I hereby certify that on March 23, 2021, I electronically filed the foregoing Notice of Voluntary Dismissal with the Clerk of the Court using the CM/ECF system which will send notification of such filings to all counsel of record.

                                                                  /s/ Ryan M. Kelly